IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 09-0806
 ((((((((((((((((

 In Re Medicaledge Healthcare Group, P.A., Et Al.

 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The motion to abate appeal, filed on October 6, 2009, is
granted, and this case is ABATED.
 2. This case is removed from the Court's active docket until
further order of this Court. The parties shall immediately notify this
Court of all events affecting the status of this case. The parties shall
file either a status report or a motion to dismiss by December 8, 2009.
 Done at the City of Austin, this 9th day of October, 2009.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Jessica Hamby, Deputy Clerk